### HOLLOWAY *v.* HOLLOWAY.

PRACTICE.—Where a demurrer is filed to the complaint, and is sustained by the Court, and exception is taken by the plaintiff, but the record on appeal fails to show that any final judgment was ordered, the appeal can not be considered properly before this Court.

APPEAL from the *Tipton* Circuit Court.

*Per Curiam.*—The appellant, who was the plaintiff, on *August* 26th, 1862, filed his complaint against *Mary M. Holloway,* his wife, for a divorce. The complaint alleges, among other things, the marriage of the parties, the plaintiff's residence in *Tipton* county, and as a ground for divorce it avers that defendant, on the 13th of *January,* 1862, without just cause, &c., abandoned the plaintiff, and that a reconciliation was improbable, &c. Defendant demurred to the complaint. Her demurrer was sustained, and plaintiff excepted. But the record fails to show that final judgment was rendered in the cause, hence the appeal is not, properly, before us.

The appeal is dismissed, with costs.

*McDonald, Roache & Lewis,* for the appellant.